05-21514.o3

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.  05-21514 CIV HOEVELER

CINDY RIVERA, Individually, and
as a Personal Representative of the
Estate of Theudis Rivera,

    Plaintiff,

vs.

HOLLOWAY FUNERAL HOME, INC.,
A Florida Corporation, etc., et al.,

    Defendants.
_____/

### ORDER ON MOTION FOR ENTITLEMENT TO RECOVER COSTS, MOTION TO DENY COSTS TO DEFENDANT WITHOUT PREJUDICE, MOTION TO STRIKE

**This matter** is before this Court on Defendant Holloway's Motion for Entitlement to Recover Costs (DE 217), Holloway' Funeral Home's Verified Expenses as to Court Order as to the Taxation of Costs as Prevailing Party (DE 223), Plaintiff's Motion to Deny Costs to Defendant Holloway Funeral Home, Inc. or in the Alternative Motion for a More Definite Statement of Costs (DE 224), and Holloway Funeral Home, Inc.'s Motion to Strike Plaintiff's Second Response to Holloway's Itemization of Costs as Prevailing Party (DE 230).  The Court has reviewed these motion, and the applicable responses/replies, and all other pertinent materials in the file.

Therefore and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.  The Motion to Deny Costs (DE 224) is hereby **GRANTED** without prejudice to

Defendant to file an all-inclusive Supplemental Motion for Costs on or before October 15, 2007. Only a response and reply to that motion will be permitted. The Motion for More Definite Statement is hereby **DENIED** as moot.

2. Defendant Holloway's Motion for Entitlement to Recover Costs (DE 217) is **DENIED** as moot.

3. To the extent that Holloway' Funeral Home's Verified Expenses as to Court Order as to the Taxation of Costs as Prevailing Party (DE 223) is administratively docketed as a motion, that motion is **DENIED** as moot.

4. Holloway Funeral Home, Inc.'s Motion to Strike Plaintiff's Second Response to Holloway's Itemization of Costs as Prevailing Party (DE 230) is **DENIED** as moot.

**DONE AND ORDERED** this 1st day of October, 2007, at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:   Honorable William H. Hoeveler
      counsel of record