05-21514.oe

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.  05-21514 CIV HOEVELER

CINDY RIVERA, Individually, and
as a Personal Representative of the
Estate of Theudis Rivera,

    Plaintiff,

vs.

HOLLOWAY FUNERAL HOME, INC.,
A Florida Corporation, etc., et al.,

    Defendants.
_____/

## ORDER ALLOWING REPLY

**This matter** is before this Court sua sponte.  On November 20, 2007, this Court denied a request by defendant Holloway to be allowed to file a reply.  The reasoning behind that denial remains sound.

However, in considering all the materials, it appears that in the reply defendant has withdrawn some of the requests for costs.  Actions as officers of the Court are appreciated.  It would be unreasonable to take notice of these withdrawals while at the same time not permitting the remainder of the reply.

Accordingly, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said previous order (D.E. 265) is hereby **VACATED**, and the

motion (D.E. 263) is **GRANTED**.

**DONE AND ORDERED** this 3RD day of December, 2007, at Miami, Florida.

_____
STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc: Honorable William H. Hoeveler
Counsel of record